RECEIPT #_____
AMOUNT $_____
SUMMONS ISSUED_____
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK._____
DATE_____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICK STOCKMASTER, Individually and On Behalf of All Others Similarly Situated, | ) ) ) **CIVIL ACTION NO.** ) |
| Plaintiff, | ) ) **CLASS ACTION COMPLAINT** |
| vs. | ) ) |
| ASPEN TECHNOLOGY INC., LAWRENCE EVANS, DAVID MCQUILLIN, LISA W. ZAPPALA, AND CHARLES KANE, | ) ) **JURY TRIAL DEMANDED** ) |
| Defendants. | ) |

04 cv 12387 RCL

MAGISTRATE JUDGE_____

Plaintiff, Rick Stockmaster ("Plaintiff"), individually and on behalf of all other persons similarly situated, by his undersigned attorneys, for his complaint against defendants, alleges the following based upon personal knowledge as to himself and his own acts, and information and belief as to all other matters, based upon, *inter alia*, the investigation conducted by and through his attorneys, which included, among other things, a review of the defendants' public documents, conference calls and announcements made by defendants, United States Securities and Exchange Commission ("SEC") filings, wire and press releases published by and regarding Aspen Technology, Inc. ("Aspen" or the "Company") securities analysts' reports and advisories about the Company, and information readily obtainable on the Internet. Plaintiff believes that substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

00003655.WPD ; 1                                1

## NATURE OF THE ACTION

1. This is a federal class action on behalf of purchasers of the securities of Aspen between January 25, 2000 and October 29, 2004, inclusive (the "Class Period"), seeking to pursue remedies under the Securities Exchange Act of 1934 (the "Exchange Act").

## JURISDICTION AND VENUE

2. The claims asserted herein arise under and pursuant to Sections 10(b) and 20(a) of the Exchange Act, (15 U.S.C. §§ 78j(b) and 78t(a)), and Rule 10b-5 promulgated thereunder (17 C.F.R. §240.10b-5).

3. This Court has jurisdiction over the subject matter of this action pursuant to §27 of the Exchange Act (15 U.S.C. §78aa) and 28 U.S.C. § 1331.

4. Venue is proper in this Judicial District pursuant to §27 of the Exchange Act, 15 U.S.C. § 78aa and 28 U.S.C. § 1391(b). Many of the acts and transactions alleged herein, including the preparation and dissemination of materially false and misleading information, occurred in substantial part in this Judicial District. Additionally, the Company maintains a principal executive office in this Judicial District.

5. In connection with the acts, conduct and other wrongs alleged in this complaint, defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including but not limited to, the United States mails, interstate telephone communications and the facilities of the national securities exchange.

## PARTIES

6.  Plaintiff, Rick Stockmaster, as set forth in the accompanying certification, incorporated by reference herein, purchased Aspen securities at artificially inflated prices during the Class Period and has been damaged thereby.

7.  Defendant Aspen is a Delaware corporation with its principal executive officers located at Ten Canal Park, Cambridge, Massachusetts, 02141.

8.  Defendant Lawrence B. Evans ("Evans") was, until October 1, 2002, Aspen's Chairman and Chief Executive Officer.

9.  Defendant Lisa W. Zappala ("Zappala") was, until July 1, 2003, Aspen's Chief Financial Officer.

10. Defendant David L. McQuillin ("McQuillin") was, since October 1, 2002, Aspen's President and Chief Executive Officer.

11. Defendant Charles F. Kane ("Kane") was, since July 1, 2003, Aspen's Chief Financial Officer.

12. Defendants Evans, Zappala, McQuillin, and Kane are collectively referred to hereinafter as the "Individual Defendants." During the Class Period, each of the Individual Defendants, as senior executive officers and/or directors of Aspen were privy to non-public information concerning its business, finances, products, markets and present and future business prospects via access to internal corporate documents, conversations and connections with other corporate officers and employees, attendance at management and Board of Directors meetings and committees thereof and via reports and other information provided to them in connection therewith. Because of their possession of such information, the Individual Defendants knew or

recklessly disregarded the fact that adverse facts specified herein had not been disclosed to, and were being concealed from, the investing public.

13. Because of the Individual Defendants' positions with the Company, they had access to the adverse undisclosed information about the Company's business, operations, operational trends, financial statements, markets and present and future business prospects via access to internal corporate documents (including the Company's operating plans, budgets and forecasts and reports of actual operations compared thereto), conversations and connections with other corporate officers and employees, attendance at management and Board of Directors meetings and committees thereof and via reports and other information provided to them in connection therewith.

14. It is appropriate to treat the Individual Defendants as a group for pleading purposes and to presume that the false, misleading and incomplete information conveyed in the Company's public filings, press releases and other publications as alleged herein are the collective actions of the narrowly defined group of defendants identified above. Each of the above officers of Aspen, by virtue of their high-level positions with the Company, directly participated in the management of the Company, was directly involved in the day-to-day operations of the Company at the highest levels and was privy to confidential proprietary information concerning the Company and its business, operations, growth, financial statements, and financial condition, as alleged herein. Said defendants were involved in drafting, producing, reviewing and/or disseminating the false and misleading statements and information alleged herein, were aware, or recklessly disregarded, that the false and misleading statements were being issued

regarding the Company, and approved or ratified these statements, in violation of the federal securities laws.

15. As officers and controlling persons of a publicly-held company whose securities were, and are, registered with the SEC pursuant to the Exchange Act, and was traded on the NASDAQ and governed by the provisions of the federal securities laws, the Individual Defendants each had a duty to disseminate promptly, accurate and truthful information with respect to the Company's financial condition and performance, growth, operations, financial statements, business, markets, management, earnings and present and future business prospects, and to correct any previously-issued statements that had become materially misleading or untrue, so that the market price of the Company's publicly-traded securities would be based upon truthful and accurate information. The Individual Defendants' misrepresentations and omissions during the Class Period violated these specific requirements and obligations.

16. The Individual Defendants participated in the drafting, preparation, and/or approval of the various public and shareholder and investor reports and other communications complained of herein and were aware of, or recklessly disregarded, the misstatements contained therein and omissions therefrom, and were aware of their materially false and misleading nature. Because of their Board membership and/or executive and managerial positions with Aspen, each of the Individual Defendants had access to the adverse undisclosed information about Aspen financial condition and performance as particularized herein and knew (or recklessly disregarded) that these adverse facts rendered the positive representations made by or about Aspen and its business issued or adopted by the Company materially false and misleading.

17.     The Individual Defendants, because of their positions of control and authority as officers and/or directors of the Company, were able to and did control the content of the various SEC filings, press releases and other public statements pertaining to the Company during the Class Period. Each Individual Defendant was provided with copies of the documents alleged herein to be misleading prior to or shortly after their issuance and/or had the ability and/or opportunity to prevent their issuance or cause them to be corrected. Accordingly, each of the Individual Defendants is responsible for the accuracy of the public reports and releases detailed herein and is therefore primarily liable for the representations contained therein.

18.     Each of the defendants is liable as a participant in a fraudulent scheme and course of business that operated as a fraud or deceit on purchasers of Aspen securities by disseminating materially false and misleading statements and/or concealing material adverse facts. The scheme: (i) deceived the investing public regarding Aspen business, operations, management and the intrinsic value of Aspen securities; and (ii) caused Plaintiff and other members of the Class to purchase Aspen securities at artificially inflated prices.

## PLAINTIFF'S CLASS ACTION ALLEGATIONS

19.     Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a Class, consisting of all those who purchased or otherwise acquired the securities of Aspen between January 25, 2000 and October 29, 2004, inclusive (the "Class Period") and who were damaged thereby. Excluded from the Class are defendants, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which defendants have or had a controlling interest.

20. The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, Aspen's securities were actively traded on the NASDAQ. While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are hundreds or thousands of members in the proposed Class. Record owners and other members of the Class may be identified from records maintained by Aspen or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

21. Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by defendants' wrongful conduct in violation of federal law that is complained of herein.

22. Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation.

23. Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

(a) whether the federal securities laws were violated by defendants' acts as alleged herein;

(b) whether statements made by defendants to the investing public during the Class Period misrepresented material facts about the business, operations and management of Aspen; and

(c) to what extent the members of the Class have sustained damages and the proper measure of damages.

24.     A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

## SUBSTANTIVE ALLEGATIONS

### Background

25.     Aspen is a supplier of integrated software and services to the process industries, which consist of oil and gas, petroleum, chemicals, pharmaceuticals and other industries that manufacture and produce products from a chemical process. The Company offers two principal product lines engineering and innovation, and plant operations/supply chain. The engineering and innovation solutions are desktop applications and services that help companies design and improve their plants and processes. The plant operations/supply chain solutions allow process manufacturers to operate their plants and supply chains efficiently, from customer demand through manufacturing to the delivery of the finished product. It has a customer base of over 1,500 process manufacturers, including 46 of the 50 chemical companies, 23 of the 25 petroleum refiners, 19 of the 20 pharmaceutical companies and 17 of the 20 engineering and construction firms that serve the process industries around the world.

### Materially False And Misleading Statements Issued During The Class Period

26.     The Class Period commences on January 25, 2000. At that time, Aspen announced results for its second quarter ended December 31, 1999. The Company reported total revenues of

$61.8 million in the second quarter of fiscal 2000, compared to $61.7 million in the same period last year. License revenue grew to $29.0 million, a 35 percent sequential increase from license fees reported in the first quarter of fiscal 2000, while services revenues totaled $32.8 million for the quarter. Net income for the second quarter totaled $1.6 million or $0.06 per diluted share, compared with net income of $0.5 million or $0.02 per diluted share for the same period in fiscal 1999. For the six months ended December 31, 1999, total revenues were $114.7 million, compared with total revenues of $108.4 million for the same period last year. Net loss for the first six months of fiscal 2000 totaled $1.1 million or $0.04 per share, compared with a net loss of $5.9 million or $0.24 per share, for the same period in fiscal 1999. The most significant license transaction of the quarter was an agreement by Union Carbide to standardize on AspenTech's Plantelligence(TM) and supply chain solutions across its entire enterprise. The Company's supply chain business demonstrated continued momentum, closing significant transactions in the quarter with EniChem, Marathon Ashland Oil, Johns Mansville and Mossgas. Commenting on this news, defendant Evans stated:

> We saw our core markets rebound significantly in the second quarter, evidenced by sharp growth in our license revenues and a return to profitable operations. We are experiencing strong momentum in the marketplace due to improved demand in our core vertical markets, continued gains beyond the refining and petrochemicals industries, and incremental market penetration with our supply chain solutions[.]...We achieved a number of strategic objectives in the quarter, including the launch of our e-Business initiative, the establishment of a relationship with Union Carbide to sell enterprise optimization software solutions to its process licensees, and the formation of implementation partnerships with IBM Global Services and PricewaterhouseCoopers.
>
> We are excited about the enthusiasm we are seeing in our customer base leading up to AspenWorld, our major industry-wide conference for process manufacturers taking place February 6-11, in Orlando, and about the additional opportunities we believe this event will

generate[.]...We anticipate the conference will draw more than 2,000 leaders from a wide spectrum of manufacturing disciplines and we will be announcing a number of important new products, partnerships and initiatives. As we look forward to the rest of the fiscal year, we feel we are well-positioned for growth because we provide the unique solutions that are essential for conducting e-Business in the process industries.

27.     On February 14, 2000, Aspen filed its quarterly report with the SEC on Form 10-Q. The Company's Form 10-Q was signed by defendant Zappala and reaffirmed Aspen's previously announced financial results. With respect to its financial results, the Company stated:

> In the opinion of management, the accompanying consolidated condensed financial statements have been prepared in conformity with generally accepted accounting principles and include all adjustments, consisting only of normal recurring adjustments, necessary for a fair presentation.

28.     On April 24, 2000, Aspen announced financial results for its third quarter ended March 31, 2000. The Company reported total revenues of $67.8 million in the third quarter of fiscal 2000, compared with $54.2 million in the same period last year, an increase of 25 percent year-over-year. License revenue grew 54 percent to $34.2 million, from $22.2 million in the third quarter of fiscal 1999. Services revenues totaled $33.6 million, while net income for the third quarter was $2.9 million or $0.10 per diluted share, an 87 percent sequential increase from net income in the second quarter, ended December 31, 1999. For the nine months ended March 31, 2000, total revenues were $182.5 million, compared with total revenues of $162.6 million for the same period last year. Net income for the first nine months of fiscal 2000 totaled $1.8 million or $0.07 per share, compared with a net loss of $11.7 million or $0.47 per share for the same period in fiscal 1999. Commenting on these results, defendant Evans stated:

> We are very pleased with our third quarter revenue and earnings growth and believe we are well-positioned to execute on the growing market opportunity that exists for providing integrated plant-wide, enterprise-wide and extended supply chain optimization solutions to the process industries[.]...Our momentum continued to build during the quarter as we hosted more than 2,300 process professionals at our industry conference, AspenWorld, and launched a new company brand emphasizing our B2B focus. We also announced several initiatives that demonstrate our e-business leadership in the process industries, including the establishment of our ProcessCity.com Internet portal and our alliance with industry marketplace leader e-Chemicals. We believe these investments and our integrated solutions position us and our customers for success in an increasingly Internet-driven economy.
>
> In the third quarter, our focus on integrated solutions contributed significantly to our growth. License revenues included a number of Plantelligence(TM) solution sales, where our offerings are combined to optimize performance of a single manufacturing plant[.]...In addition, demand for our Enterprise Optimization(TM) solutions, which combine our Plantelligence solution and our planning and scheduling solutions to optimize operations of multiple plants throughout the enterprise, remained strong. Finally, our solutions that extend optimization across the entire supply chain were an important contributor to our performance this quarter. Of particular note was continued customer interest in and our first signed contract for the Aspen eBusiness product, powered by Extricity Software. As process manufacturers increasingly focus on mission-critical B2B applications, we believe these and other e-business initiatives will continue to provide AspenTech a valuable competitive advantage.

29.   On May 15, 2000, Aspen filed its quarterly report with the SEC on Form 10-Q. The Company's Form 10-Q was signed by defendant Zappala and reaffirmed Aspen's previously announced financial results. With respect to its financial results, the Company stated:

> In the opinion of management, the accompanying consolidated condensed financial statements have been prepared in conformity with generally accepted accounting principles and include all adjustments, consisting only of normal recurring adjustments, necessary for a fair presentation.

30.     On August 8, 2000, Aspen reported record financial results for its fourth quarter and fiscal year ended June 30, 2000. Total revenues for the fourth quarter grew 44 percent to $83.4 million from $57.8 million in the same period ending June 30, 1999. Aspen's license revenues for the fourth quarter grew 88 percent to $47.3 million, compared with $25.1 million in last year's fourth quarter. Excluding one-time acquisition costs, the Company reported net income for the quarter of $5.7 million, or $0.18 per diluted share, compared with a net loss of $3.4 million, or $0.12 per diluted share for the same period last year, excluding restructuring and other charges. Results for fiscal 1999 and 2000 had been restated to reflect the acquisition of Petrolsoft Corporation, which was completed during the fourth quarter and treated as a pooling-of-interests transaction for accounting purposes. For the full 2000 fiscal year, excluding one-time charges, Aspen reported total revenues of $268.1 million and net income of $6.5 million or $0.21 per diluted share, compared with total revenues of $226.5 and a net loss of $10.6 million or $0.39 per diluted share in fiscal 1999, excluding restructuring and other charges. Fiscal 2000 license revenues increased 37 percent to $132.8 million, compared with $97.1 million in fiscal 1999. Commenting on these results, defendant Evans stated:

> We are pleased to have exceeded our goals for both growth and profitability in the fourth quarter and fiscal year[.]...The rapid growth in our license revenues continued to be driven by strong demand for our integrated Enterprise Optimization(TM) and supply chain solutions, as process manufacturers increasingly invest in technology to improve their manufacturing productivity and optimize their supply chains. We are unique in the industry as the only company with a proven integrated solution, and our domain expertise and process knowledge enable us to deploy mission-critical solutions that other vendors cannot provide.
>
> In the fourth quarter, we saw good strength across multiple process industry sectors, geographies, and product offerings. In addition to

> a number of significant fourth quarter Enterprise Optimization transactions, we won a highly competitive, enterprise-wide supply chain deal with BP Chemicals, as well as several other large supply chain deals, extending our position as the market leader for process industry supply chain implementations. We are pleased with the performance of our supply chain solutions this past year, where license revenue more than doubled, and we are excited about our prospects for the year ahead.
>
> As we move into fiscal 2001, we believe we are strategically positioned to provide critical technologies that will allow process manufacturers to seamlessly link to digital e-marketplaces and participate in direct materials procurement over the Internet. In this way, we are confident we can offer a customer annual savings that will often exceed tens of millions of dollars by streamlining their business processes and optimizing their operations.

31. On September 28, 2000, Aspen filed its annual report with the SEC on Form 10-K. The Company's Form 10-K was signed by the Individual Defendants and reaffirmed the Company's previously announced financial results. Additionally, the Company's Form 10-K contained the following clean audit opinion from the Company's accountants, Arthur Andersen, LLP ("Andersen"):

> In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of Aspen Technology, Inc. and subsidiaries as of June 30, 1999 and 2000, and the results of their operations and their cash flows for each of the three years in the period ended June 30, 2000 in conformity with accounting principles generally accepted in the United States.

32. On October 24, 2000, Aspen announced financial results for its first quarter ended September 30, 2000. Total revenues for the first quarter of fiscal 2001 increased 30 percent to $69.5 million, from $53.4 million reported in the same period in fiscal 2000. Aspen's software license revenues for the quarter grew 52 percent to $32.6 million, while services revenues rose 16 percent to $36.9 million. Excluding the one-time in-process research and development charge, the Company

reported a net loss of $0.2 million or $0.01 per share, compared with a net loss of $3.1 million or $0.11 per share in the first quarter of fiscal 2000. Excluding both the in-process research and development charge and the expense impact relating to PetroVantage, the Company's wholly-owned digital marketplace, net income would have been $0.5 million or $0.02 per share. Commenting on these results, defendant Evans stated:

> Our supply chain solutions were a primary driver of our growth in the first quarter, as we won a number of important deals in our target markets. In addition, we saw a strong contribution from our Aspen Engineering Suite[.]...We are also continuing to gain momentum in the process industries as the only e-business software vendor with an end-to-end solution that integrates all facets of a corporation and its extended enterprise, from the digital marketplace to the plant floor.
>
> In the first quarter, we announced several important initiatives to help our customers address the critical areas of their e-business strategies: improve their internal processes with our infrastructure solutions such as Plantelligence and eSupply Chain suite, connect seamlessly to e-marketplaces using our netmarket solution and tie in external business partners through our B2B Foundation solution.

33.     On November 14, 2000, Aspen filed its quarterly report with the SEC on Form 10-Q. The Company's Form 10-Q was signed by defendant Zappala and reaffirmed Aspen's previously announced financial results. With respect to its financial results, the Company stated:

> In the opinion of management, the accompanying consolidated condensed financial statements have been prepared in conformity with generally accepted accounting principles and include all adjustments, consisting only of normal recurring adjustments, necessary for a fair presentation.

34.     On January 24, 2001, Aspen reported financial results for its fiscal 2001 second quarter ended December 31, 2000. Total revenues for the second quarter grew 31 percent over the same period last year to $ 81.7 million. Aspen's license revenues for the second quarter grew 39

percent to $ 40.6 million, while services revenue increased 24 percent to $ 41.1 million for the quarter ending December 31, 2000. Excluding amortization of goodwill, in-process research and development and write-off of investments, the Company reported net income for the quarter of $ 3.1 million, or $ 0.10 per diluted share. Excluding amortization of goodwill, in-process research and development, write-off of investments and expenses relating to PetroVantage, the Company's wholly-owned digital marketplace, net income would have been $ 4.3 million or $ 0.13 per share, compared with net income of $ 1.4 million or $ 0.05 per diluted share for the same period last year. Commenting on these results, defendant Evans stated:

> We were pleased to see continued strong license revenue growth this quarter across a broad base of business[.]...Our supply chain and engineering applications were the largest contributors in the quarter, with the petroleum sector again being the strongest segment of our end-user customer markets. Services revenue and profitability showed dramatic year-over-year improvement as a result of investments we have made to expand our supply chain implementation capacity and productivity.
>
> We are steadily gaining market share among process manufacturers worldwide as customers continue to standardize on our best-in-class technologies and recognize our differentiated position in the industry. As we move into the second half of the fiscal year, we are excited about our growth prospects and the opportunity to enhance our position as the leading e- business solutions provider for the process industries.

35. On February 14, 2001, Aspen filed its quarterly report with the SEC on Form 10-Q. The Company's Form 10-Q was signed by defendant Zappala and reaffirmed Aspen's previously announced financial results. With respect to its financial results, the Company stated:

> In the opinion of management, the accompanying consolidated condensed financial statements have been prepared in conformity with generally accepted accounting principles and include all

> adjustments, consisting only of normal recurring adjustments, necessary for a fair presentation.

36. On April 24, 2001, Aspen reported financial results for its fiscal 2001 third quarter ended March 31, 2001. Total revenues for the third quarter were $76.4 million, up 11 percent from the same period last year. Aspen's license revenues for the third quarter totaled $34.2 million, while services revenues were $42.2 million for the quarter ending March 31, 2001. Excluding expenses relating to PetroVantage and amortization of goodwill, an Aspen subsidiary providing software to optimize the trading and logistics of crude oil and refined products, the Company reported a pro forma net loss of $3.2 million or $0.11 per basic share. In light of near-term economic uncertainty, Aspen had recently taken a series of actions to curtail spending, which it believed should enable the Company to at least breakeven in its fourth fiscal quarter, excluding expenses relating to PetroVantage, amortization of goodwill and restructuring charges, and report an operating profit in the fiscal year ending June 30, 2002. These steps included a five percent reduction in worldwide headcount, a substantial decrease in discretionary spending and a sharpening of its e-business focus to emphasize its marketplace solutions and PetroVantage. These actions were expected to reduce operating expenses by approximately ten percent from previously anticipated levels. Additionally, Aspen expected to report a restructuring charge that would have a non-material impact on its fourth quarter results. Aspen had revised its financial outlook for the fourth quarter of fiscal year 2001, ending June 30, 2001 and for fiscal year ending June 30, 2002. The Company expected revenues to increase sequentially in the fourth quarter of fiscal 2001 and anticipates earnings in the range of $0.01 to $0.02 per share, excluding expenses relating to PetroVantage, amortization of goodwill and restructuring charges. For fiscal year 2002, Aspen expected revenue growth in the range of 10-15

percent and earnings per share in the range of $0.40 to $0.42, excluding expenses related to PetroVantage and amortization of goodwill. For the nine months ending March 31, 2001, Aspen reported total revenues of $227.6 million, compared with $184.7 million for the same period in fiscal 2000. Excluding amortization of goodwill, in-process research and development and charge for an impaired investment, the Company reported a pro forma net loss of $1.8 million or $0.06 per basic share. Excluding amortization of goodwill, in-process research and development, charge for an impaired investment and expenses relating to PetroVantage, the company reported pro forma net income of $1.8 million or $0.06 per diluted share.

37. Commenting on these results, defendants Evans stated:

> We saw a number of customers make significant investments in our technology during the quarter because of the tremendous value our solutions provide, closing ten deals that were greater than $1 million with customers such as Air Liquide, ConAgra Beef, Dupont, Mitsui Chemicals and PetroCanada[.]...However, due to the uncertainty surrounding the economy, we saw a number of customers delay making software purchasing decisions at the end of March, which caused a shortfall in license revenues.

> In response to the current economic environment, we are taking steps to reduce our expenses, which we believe will help us to return to profitability in the near-term. We will continue to focus on initiatives that will drive our future growth, further our technology leadership position and advance our excellence in customer support. We expect to resume higher levels of investment when growth rates return to more attractive levels. Over the long term, AspenTech remains strategically positioned to deliver solutions that drive extraordinary value for our customers in the process industries because of the breadth of our solutions, our unparalleled domain expertise and the dramatic and the proven returns-on-investment our technology provides.

38. On May 15, 2001, Aspen filed its quarterly report with the SEC on Form 10-Q. The Company's Form 10-Q was signed by defendant Zappala and reaffirmed Aspen's previously announced financial results. With respect to its financial results, the Company stated:

> In the opinion of management, the accompanying consolidated condensed financial statements have been prepared in conformity with generally accepted accounting principles and include all adjustments, consisting only of normal recurring adjustments, necessary for a fair presentation.

39. On August 7, 2001, Aspen reported financial results for its fourth quarter and fiscal year, ended June 30, 2001. Total revenues for the fourth quarter were $83.0 million, up 9 percent sequentially from the Company's third quarter. Aspen's license revenues totaled $40.0 million and services revenues were $43.0 million for the quarter ending June 30, 2001. The Company reported a pro forma loss per share of $0.06, which excludes one-time acquisition and restructuring charges and amortization of goodwill. Excluding these charges and expenses relating to PetroVantage, the Company's wholly owned subsidiary providing software to optimize the trading and logistics of crude oil and refined products, Aspen reported pro forma net income of $0.4 million or $0.01 per diluted share. Looking ahead to the quarter ending September 30, 2001, Aspen expected revenues to total between $63 and $66 million, with license revenues ranging between $24 and $26 million. The Company anticipated a first quarter loss per share of between $0.34 and $0.36, excluding non-operating charges. For the full fiscal year 2002, Aspen expected to report revenues in the range of $340 million, with license revenue growth of approximately 13 percent over fiscal 2001 levels. Fiscal 2002 reported earnings per share were anticipated to be between $0.15 and $0.17. Excluding investments in PetroVantage, pro forma earnings per share are expected to be between $0.42 and $0.44. Beginning in fiscal 2002, Aspen would adopt new accounting guidelines that eliminate

quarterly goodwill amortization. Therefore, all forward-looking earnings per share amounts are presented accordingly. During the fourth quarter, the Company also acquired the technology assets of the Houston Consulting Group and the process applications division of CPU, a New Orleans-based consulting firm. Houston Consulting Group and its industry-leading Orion software would provide the Company with additional technology for refinery scheduling, while the assets acquired from CPU would provide additional integration products and capabilities. For the full fiscal year ending June 30, 2001, Aspen reported total revenues of $310.6 million, up 16 percent from $268.1 million reported in fiscal 2000. The Company reported a pro forma net loss of $3.5 million, or ($0.12) per basic share, excluding amortization of goodwill, one-time acquisition and restructuring costs and write-off of e-Chemicals investment. Excluding these expenses and costs related to PetroVantage, the Company reported pro forma net income of $2.3 million or $0.07 per diluted share.

    40.    Commenting on these results, defendant Evans stated:

> We are pleased to have exceeded expectations for both revenues and profitability this quarter in what remains a very difficult environment[.]...During the quarter, we solidified our leadership position in the process industries with the launch of Aspen ProfitAdvantage(TM), which focuses on profit improvement strategies for our customers, and the creation a new alliance with Accenture. In addition, Rohm & Haas standardized on our manufacturing and supply chain planning technologies and we closed significant multimillion dollar transactions with Jacobs Engineering, Pemex, SASOL in South Africa, Valero Refining and Yukos, a large Russian oil company. However, we continued to see customers delay software purchases at the end of the quarter, which limits our near-term visibility.
>
> In light of economic uncertainties, we anticipate making additional expense reductions to improve our efficiency and return to profitability as soon as possible. These actions include reducing our worldwide workforce, which numbered 1,900 at the end of June, by approximately 5 percent. Our management team has valuable experience executing in difficult environments, which we believe will help us to

maintain our leadership in providing enterprise-wide software solutions to process manufacturers.

41. On September 28, 2001, Aspen filed its annual report with the SEC on Form 10-K. The Company's Form 10-K was signed by defendants Evans and Zappala and reaffirmed Aspen's previously announced financial results. Additionally, the Company's Form 10-K contained the following clean audit opinion by Andersen:

> In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of Aspen Technology, Inc. and subsidiaries as of June 30, 2000 and 2001, and the results of their operations and their cash flows for each of the three years in the period ended June 30, 2001 in conformity with accounting principles generally accepted in the United States.

42. On Ocober 25, 2001, Aspen reported financial results for the first quarter of fiscal 2002, which ended September 30, 2001. Total revenues for the first quarter were $61.2 million, with services revenues of $42.0 million and license revenues of $19.2 million. The Company reported a pro forma loss of $12.5 million or $0.39 per share, which excluded a one-time restructuring charge. Approximately seven cents of the pro forma loss per share was attributable to investments in PetroVantage, the Company's wholly owned subsidiary providing software to optimize the trading and logistics of crude oil and refined products. During the quarter, the Company closed significant license transactions with Aventis Pharmaceutical, Daicel Chemical, GE Plastics, Irving Oil, Technip and Southern Company. For the quarter ending December 31, 2001, Aspen expected revenues to total between $75 and $77 million, with license revenues ranging between $33 and $35 million. The Company anticipated second quarter earnings per share of between ($0.02) and $0.00. For the full fiscal year 2002, Aspen expected to report modest year over year revenue growth.

43. Commenting on these results, defendant Evans stated: