> An uncertain economic environment, combined with the impact of the September 11th attacks, negatively affected our close rate for a number of software license deals at the end of September[.]...Due to slower activity during the summer months, a larger portion of our first quarter revenues close in September, which made last month's terrorist attacks particularly disruptive to several end-of-quarter transactions in an already challenging business climate. Fortunately, these license delays were largely offset by stronger-than-expected services revenues, where we continued to maintain gross margins in excess of forty percent, and by carefully controlled spending.
>
> Some of our largest customers have expressed intentions to close significant license transactions in the second quarter. These indications make us cautiously optimistic, as customers focus on spending year-end budget surpluses in an environment where some of our end-user markets are showing early signs of stabilizing. We believe that stronger license revenues and continued operating efficiencies from our previously announced cost-cutting efforts will enable us to approach breakeven operations in the second quarter.
>
> Our strong services revenue and expanding services backlog, which increased to $125 million this quarter, are indicative of continued investment by our customers in our solutions[.]...This investment gives us confidence that demand for our software solutions will improve in the coming months, as these major transactions are evidence of the compelling return on investment that AspenTech's solutions provide.

44.     On November 14, 2001, Aspen filed its quarterly report with the SEC on Form 10-Q. The Company's Form 10-Q was signed by defendant Zappala and reaffirmed Aspen's previously announced financial results. With respect to its financial results, the Company stated:

> In the opinion of management, the accompanying unaudited interim consolidated financial statements have been prepared in conformity with generally accepted accounting principles for interim financial information and pursuant to the rules and regulations of the Securities and Exchange Commission (SEC) for reporting on Form 10-Q. .

45.     On January 23, 2002, Aspen reported financial results for its fiscal 2002 second quarter ended December 31, 2001. Total revenues for the second quarter grew to $81.9 million, led

by license revenues of $39.9 million, up 108% from the previous quarter, and services revenue of $42.0 million. The Company reported breakeven operations in the quarter, including its investment in PetroVantage, the company's wholly owned subsidiary providing software to optimize the trading and logistics of crude oil and refined products. Excluding PetroVantage expenses, earnings per share would have been $0.06 in the quarter. Aspen's most significant transaction of the quarter was a software agreement with The Dow Chemical Company ("Dow") intended to dramatically improve manufacturing performance throughout Dow's worldwide facilities. Under the terms of the agreement, Dow would expand its use of Aspen's integrated manufacturing solution, Plantelligence, to increase the efficiency and profitability of its manufacturing operations. The agreement was a multi-million dollar software license investment by Dow. For the quarter ending March 31, 2002, Aspen expected to report total revenues of approximately $83 to $85 million and earnings per share in the range of $0.02 to $0.03. For the quarter ending June 30, 2002, the Company expects to report total revenue of approximately $92 to $94 million and earnings per share in the range of $0.13 - $0.15. For calendar year 2002, Aspen believed revenues would be in the range of $345 to $350 million and expected to report earnings per share of approximately $0.30. Commenting on these results, defendant Evans stated:

> In spite of an economy that continues to be challenging, I am very pleased with our performance this quarter as revenue growth significantly exceeded our expectations[.]...A key factor in this performance was a significant rebound in our business from the chemicals industry, as customers made major investments in our solutions to improve their productivity and profitability. In addition to the chemicals industry, continued strength in the petroleum and pharmaceutical sectors enabled us to achieve a greater revenue contribution from larger license transactions, which had not occurred in the past few quarters.

> We were also pleased with our transaction with Dow Chemical, which represents a milestone agreement for AspenTech, as Dow looks to leverage its ERP investment and improve its manufacturing efficiency. We believe that this agreement validates the strength of our solution for enabling process manufacturers to integrate their manufacturing processes with their enterprise-wide supply chains. As we look ahead, we remain confident about our prospects in the coming quarters and we believe we are well-positioned for growth and profitability.

46. On February 14, 2002, Aspen filed its quarterly report with the SEC on Form 10-Q. The Company's Form 10-Q was signed by defendant Zappala and reaffirmed Aspen's previously announced financial results. With respect to its financial results, the Company stated:

> In the opinion of management, the accompanying unaudited interim consolidated financial statements have been prepared in conformity with generally accepted accounting principles for interim financial information and pursuant to the rules and regulations of the Securities and Exchange Commission (SEC) for reporting on Form 10-Q.

47. On April 25, 2002, Aspen reported financial results for its fiscal 2002 third quarter ended March 31, 2002. Total revenues for the third quarter were $83.5 million, with license revenues totaling $37.4 million and services revenues totaling $46.1 million. For the quarter ending March 31, 2002, the Company reported an operating loss of $6.9 million, resulting in a pro forma loss of $0.15 per diluted share. Aspen announced it was taking a series of actions intended to restore the Company to profitability in the current quarter and thereafter. The Company would organize itself around two primary lines of business, engineering software and operations software, which included manufacturing and supply chain software. This realignment of responsibilities would enable the Company to implement expense cuts that it believed would reduce total spending for the first quarter of fiscal 2003 to approximately $81 million or 10 percent from its current quarterly run rate. These actions would result in a ten percent reduction in the Company's worldwide headcount,

which numbered approximately 1,950 at March 31, 2002. In addition, Aspen would substantially lower its fourth quarter 2002 expenses by implementing a mandatory furlough program, making temporary salary cuts for managerial employees, instituting a hiring freeze, and substantially curtailing discretionary spending. Aspen expected these actions would reduce its quarterly expenses, including cost of revenues, to approximately $83 to $85 million for the fourth quarter of 2002, compared with revenue it believes will be approximately $86 to $88 million. For fiscal year 2003, the Company now expected revenues to range between $355 and $365 million, with total expenses of approximately $335 to $340 million. Commenting on these results, defendant Evans stated:

> We are one hundred percent committed to doing whatever it takes to restore AspenTech to sustained profitability[.]... to the current economic environment, we have taken difficult, but necessary, short-term actions that should enable us to make money in the current quarter. Our fourth quarter is seasonally our strongest and we possess a robust pipeline of sales opportunities that we believe will close by the end of June.
>
> In addition, we have implemented a number of strategic and tactical programs that we believe will enhance our profitability longer-term. In recent months, we have significantly strengthened our balance sheet and expanded our partner relationship with Accenture to deliver enterprise-wide software solutions. Our product offering, competitive position and the value we deliver to our customers have never been stronger. Given these factors, we feel confident that in a moderate economic expansion our revenue and earnings growth will provide investors attractive returns.

48.    On May 15, 2002, Aspen filed its quarterly report with the SEC on Form 10-Q. The Company's Form 10-Q was signed by defendant Zappala and reaffirmed Aspen's previously announced financial results. With respect to its financial results, the Company stated:

> In the opinion of management, the accompanying unaudited interim consolidated financial statements have been prepared in conformity with generally accepted accounting principles for interim financial

information and pursuant to the rules and regulations of the Securities and Exchange Commission (SEC) for reporting on Form 10-Q.

49.     On August 15, 2002, Aspen reported financial results for its fourth quarter and fiscal year ended June 30, 2002. Total revenues for the fourth quarter were $84.0 million, with license revenues totaling $37.4 million and services revenues totaling $46.6 million. For the quarter ending June 30, 2002, the Company reported a pro forma net loss of $11.7 million, or $0.34 per share. The pro forma loss excludes restructuring charges, the charges for in-process R&D, the write-down of certain equity investments, the reduction in value of the deferred tax asset, and the dilutive impact from the accretion of the preferred stock discount and dividend. On a Generally Accepted Accounting Principles ("GAAP") basis, the Company reported a fourth quarter loss of $60.0 million, or $1.72 per share. For the full fiscal year ending June 30, 2002, Aspen recorded total revenues of $320.6 million, compared with $326.9 million reported in fiscal 2001. In fiscal 2002, the Company recorded a pro forma net loss of $37.3 million, or $1.14 per share, excluding restructuring charges, the charges for in-process R&D, the write-down of certain equity investments, the reduction in value of the deferred tax asset, and the dilutive impact from the accretion of the preferred stock discount and dividend. On GAAP basis, the Company reported a loss of $83.5 million, or $2.56 per share for fiscal year 2002. For the first quarter of fiscal 2003, which ends September 30, 2002, Aspen expected total expenses, including cost of revenues, would total approximately $88 million, compared with total revenues of approximately $84 million. This expense run rate represented a reduction of approximately 14 percent, or $14 million, from fourth quarter fiscal 2002 spending levels, adjusted to include a full quarter of Hyprotech expenses and excluding restructuring and other charges. These anticipated reductions would result from the mandatory furlough program, temporary

salary cuts, hiring freeze, and discretionary spending controls recently implemented in July, as well as headcount reductions and other actions taken in the fourth quarter that will fully take effect in the September quarter. For the second fiscal quarter of fiscal 2003, Aspen believed it would record total revenues of approximately $92 million, with total expenses of approximately $88 million. For fiscal year 2003, the Company expected revenues to range between $380 and $385 million, with total expenses of approximately $361 million. Commenting on these results, defendant Evans stated:

> We have taken aggressive actions intended to return us to operating profitability and positive cash flow by the end of this calendar year[.]...In the near-term, we have cut expenses to breakeven at quarterly revenue of $88 million. We have also sharpened our focus on two core product lines: Engineering and Supply Chain Manufacturing. This streamlined approach will enable us to better match revenue and spending until the IT spending environment strengthens, while maintaining our key customer support and development activities.
>
> We have also made significant changes in our sales and product development leadership and improved our organizational efficiency. We believe this will add more predictability to our financial results, while allowing us to develop and market our solutions more rapidly and efficiently. AspenTech's reputation for technical excellence and process industry expertise has never been stronger, and in the year ahead we are committed to delivering financial results that reflect this valuable industry leadership.

50. On September 30, 2002, Aspen filed its annual report with the SEC on Form 10-K. The Company's Form 10-K was signed by Evans and Zappala and reaffirmed Aspen's previously announced financial results. Additionally, the Company's Form 10-K included the following clean audit opinion from Deloitte & Touche LLP, ("Deloitte"):

> In our opinion, such consolidated financial statements present fairly, in all material respects, the financial position of Aspen Technology, Inc. and subsidiaries as of June 30, 2002, and the results of their operations and their cash flows for the year then ended in conformity

with accounting principles generally accepted in the United States of America.

51.     On October 24, 2002, Aspen reported financial results for its first quarter ending September 30, 2002. Total revenues for the first quarter were $77.3 million, with license revenues totaling $29.7 million and services revenues totaling $47.6 million. The Company reported a net loss of $10.7 million, or $0.28 per share. The Company's first quarter net loss applicable to common stockholders was $13.0 million, or $0.34 per share, after accounting for the accretion of the preferred stock discount and dividend. For the second quarter, Aspen expected expenses, including cost of revenues, will total approximately $80-82 million, approximately 19% below fourth quarter fiscal 2002 levels if Hyprotech were included for a full quarter. Commenting on these results, defendant McQuillin stated:

> Our new organization, which is focused around our two major product lines, has helped to streamline our operations and will set the foundation for improved efficiency in the coming quarters[.]...We achieved our expense reduction targets across the company, cutting spending to $88 million in the first quarter. Our Engineering business hit our revenue targets and was profitable in the quarter. However, our Manufacturing/Supply Chain business fell short and did not meet our expectations. While we saw solid results from our foundation products, demand for our integrated, enterprise products continued to be weak.
>
> As a result, we are realigning our expenses within the Manufacturing/Supply Chain business to focus on near-term opportunities. These actions are intended to restore the Manufacturing/Supply Chain business, and AspenTech as a whole, to profitability in the third quarter of fiscal 2003. Since we will only achieve a partial quarter of benefits in the current quarter, our target is to break even for the three months ending December 31, 2002.

52. On November 14, 2002, Aspen filed its quarterly report with the SEC on Form 10-Q. The Company's Form 10-Q was signed by defendants McQuillin and Zappala and reaffirmed Aspen's previously announced financial results. With respect to its financial results, the Company stated:

> In the opinion of management, the accompanying unaudited interim consolidated condensed financial statements have been prepared in conformity with accounting principles generally accepted in the United States of America for interim financial information and pursuant to the rules and regulations of the Securities and Exchange Commission (SEC) for reporting on Form 10-Q.

53. On January 30, 2003, Aspen reported financial results for its fiscal 2003 second quarter and six months ending December 31, 2002. Total revenues for the second quarter grew to $83.0 million, with license revenues of $36.8 million, up 24 percent from the previous quarter, and services revenue of $46.2 million. On a GAAP basis, the Company reported a second quarter net loss of $136.9 million, or $3.59 per share, which, after adjustment for restructuring and other charges, and preferred stock dividend and discount accretion, resulted in net income of $0.6 million, or $0.02 per share in the second quarter. Commenting on these results, defendant McQuillin stated:

> We met or exceeded all of our key operational objectives in the December quarter, which enabled us to restore the company to operating profitability, excluding charges, a quarter earlier than we anticipated[.]...Solid customer demand, particularly in the refining and oil & gas sectors, coupled with improved execution, led to sequential top-line growth. Expenses were down substantially from last quarter, as we realized the benefit of headcount reductions and cost control measures implemented earlier in the year.
>
> In addition, we ended the quarter with more cash than we had forecasted, due to an increase in the sale of installment receivables and improved collection activity. Our success in the second quarter was an important milestone for the company and gives us confidence that we can sustain this improved execution, as we move toward achieving our revenue and profitability targets for the rest of this fiscal year.

54. On February 14, 2003, Aspen field its quarterly report with the SEC on Form 10-Q. The Company's Form 10-Q was signed by defendant McQuillin and Zappala reaffirmed Aspen's previously announced financial results. With respect to its financial results, the Company stated:

> In the opinion of management, the accompanying unaudited interim consolidated condensed financial statements have been prepared in conformity with accounting principles generally accepted in the United States of America for interim financial information and pursuant to the rules and regulations of the Securities and Exchange Commission (SEC) for reporting on Form 10-Q.

55. On April 29, 2003, Aspen reported financial results for its fiscal 2003 third quarter and the nine months ending March 31, 2003. Total revenues for the third quarter were $79.7 million, with license revenues totaling $34.9 million, and services revenue of $44.8 million. On a GAAP basis, Aspen reported a net loss to common shareholders of $2.0 million, or $0.05 per share, significantly better than the loss of $136.9 million in the second quarter of fiscal 2003, which reflected a $135.2 million restructuring and other charge related to goodwill impairment, asset write-downs, headcount reductions, and related facilities consolidation. On a pro forma basis, Aspen posted net income of $2.4 million, or $0.06 per share, a substantial improvement over pro forma net income of $643,000, or $0.02 in the second quarter of fiscal 2003. Commenting on these results, defendant McQuillin stated:

> I am pleased to have met our financial objectives again this quarter, particularly in a difficult macroeconomic environment[.]...We hit our license revenue target, further reduced our operating expenses, and significantly improved pro forma profitability. This sequential improvement is solid evidence that the actions we took last autumn to streamline both our organization and our product focus are having a positive effect on our execution, which is enabling us to operate profitably.

> In terms of the key operational highlights, the geographic composition of our license revenue was well-balanced and our Engineering product line exceeded its objectives. We continue to see steady demand for our Manufacturing/Supply Chain solutions, although primarily for individual Foundation technologies. From an end-user perspective, the petroleum refining and oil and gas sectors were again important contributors in the third quarter, as integrated refiners sought to optimize their asset productivity and upstream divisions launched large engineering projects. Major customers continue to express their confidence in our solutions for Enterprise Operations Management, which provide proven, rapid, and substantial returns on investment, enabling customers to consistently improve their profitability.

56.   On May 15, 2003, Aspen field its quarterly report with the SEC on Form 10-Q. The Company's Form 10-Q was signed by defendants McQuillin and Zappala and reaffirmed Aspen's previously announced financial results. With respect to its financial results, the Company stated:

> In the opinion of management, the accompanying unaudited interim consolidated condensed financial statements have been prepared in conformity with accounting principles generally accepted in the United States of America for interim financial information and pursuant to the rules and regulations of the Securities and Exchange Commission (SEC) for reporting on Form 10-Q.

57.   On August 7, 2003, Aspen reported financial results for its fourth quarter and fiscal year ended June 30, 2003. Total revenues for the fourth quarter were $82.8 million, with software license revenues totaling $38.5 million, and services revenue totaling $44.2 million. On a GAAP basis, Aspen reported a net loss to common shareholders of $18.2 million, or $0.47 per share. The GAAP net loss reflects $18.5 million of restructuring charges, approximately half of which related to adjustments in accruals for facility costs. On a pro forma basis, Aspen posted net income of $2.7 million, or $0.07 per share. This represented the third consecutive quarter of growth in pro forma earnings per share. Pro forma results excluded the restructuring and other charges and $2.4 million

in preferred stock dividend and discount accretion. Commenting on these results, defendant McQuillin stated:

> Our fourth quarter sequential license growth was driven by a substantial increase in contribution from our manufacturing/supply chain solutions, which exceeded our expectations for the first time in fiscal 2003[.]...Our performance was well balanced by geography and end-user market--a testament to improved sales force productivity. We believe this validates our actions over the past year to streamline our operations and enhance our organizational leadership.
>
> I am very proud of the dramatic turnaround the company has made over the past nine months, improving operational performance in the midst of a very difficult environment for enterprise software providers. The best evidence of this improvement was the signing of a definitive agreement with Advent International for a $100 million private equity financing, which is subject to shareholder approval. We believe these financial resources will help us to show year-on-year improvement in earnings and cash flow in fiscal 2004.

58. On September 29, 2003, Aspen filed its annual report with the SEC on Form 10-K. The Company's Form 10-K was signed by defendants McQuillin and Kane and reaffirmed the previously announced financial results. Additionally, the Company's Form 10-K included the following clean audit opinion from the Company's accountants, Deloitte:

> In our opinion, such financial statements present fairly, in all material respects, the financial position of the Company as of June 30, 2003 and 2002 and the results of its operations and its cash flows for the years then ended in conformity with accounting principles generally accepted in the United States of America.

59. On October 29, 2003, Aspen reported financial results for its fiscal 2004 first quarter ended September 30, 2003. Total revenues for the first quarter were $77.0 million, with software license revenues totaling $35.1 million, and services revenue totaling $41.9 million. On a GAAP basis, Aspen reported diluted earnings per share to common shareholders of $0.10 per

share. GAAP earnings included a one-time gain of $6.5 million relating to the retirement of the Series B preferred stock. On a pro forma basis, excluding this one-time gain as well as preferred stock dividend and discount accretion, Aspen posted net income of $0.5 million, or $0.01 per diluted share. Commenting on these results, defendant McQuillin stated.

> We are extremely pleased to have delivered profitability in the first quarter, which is our seasonally weakest quarter[.]...These results indicate that our focus on improving execution and financial performance is yielding success. With the closing of our private equity financing, a substantial reduction of outstanding debt, and the generation of positive cash flow from operations, we have dramatically improved our balance sheet and put the company in a position to capitalize on improving IT demand in the process industries.
>
> We recently introduced a number of new products for the Enterprise Operations Management ("EOM") market with some of our largest customers. We are encouraged by both the growth prospects for these solutions, as well as the demonstrable uptick in customer interest to deploy these types of applications. Given our improved operational execution and lower quarterly expenses, we are positioned to continue our progress and deliver on our objectives for this fiscal year.

60. On November 14, 2003, Aspen field its quarterly report with the SEC on Form 10-Q. The Company's Form 10-Q was signed by defendants McQuillin and Kane and reaffirmed the previously announced financial results. With respect to its financial results, the Company stated:

> In the opinion of management, the accompanying unaudited interim consolidated condensed financial statements have been prepared in conformity with accounting principles generally accepted in the United States of America for interim financial information and pursuant to the rules and regulations of the Securities and Exchange Commission (SEC) for reporting on Form 10-Q.

61.     On January 22, 2004, Aspen reported financial results for its fiscal 2004 second quarter and six months ended December 31, 2003. Total revenues for the second quarter totaled $80.4 million, with software license revenues of $37.7 million and services revenues of $42.7 million. On a GAAP basis, the Company reported second quarter net income of $560,000, or $0.01 per diluted share, compared to a net loss of $136.9 million or ($3.59) per diluted share in the same period last year. Excluding the preferred stock dividend and discount accretion, the Company reported second quarter net income of $3.9 million, or $0.05 per diluted share compared to pro forma (non-GAAP) net income of $643,000, or $0.02 per diluted share, in the second quarter of fiscal 2003. Commenting on these results, defendant McQuillin stated:

> During the second quarter, we continued to build upon the operational performance and financial foundation that we worked hard to establish at AspenTech over the previous four quarters[.]...With the significant structural changes behind us, we have now turned our full attention to focusing on the execution of our business strategy to deliver sustainable, profitable growth for our shareholders. With economic indicators steadily improving, we are beginning to see pockets of strength in our customer base and we are moving aggressively to capitalize on these opportunities.
>
> Our strategy to deliver business value with vertical software solutions to the emerging enterprise operations management (EOM) market is gaining momentum. We are encouraged by our customers' response to the benefits they are receiving from some of our newer products such as Aspen Operations Manager. We have also added new functionality to our supply chain planning solutions over the past year which has strengthened demand for this technology from the petroleum, chemicals and consumer goods markets.

62.     On February 17, 2004, Aspen field its quarterly report with the SEC on Form 10-Q. The Company's Form 10-Q was signed by defendants McQuillin and Kane and reaffirmed

the previously announced financial results. With respect to its financial results, the Company stated:

> In the opinion of management, the accompanying unaudited interim consolidated condensed financial statements have been prepared in conformity with accounting principles generally accepted in the United States of America for interim financial information and pursuant to the rules and regulations of the Securities and Exchange Commission (SEC) for reporting on Form 10-Q.

63.    On April 29, 2004, Aspen reported financial results for its fiscal 2004 third quarter and nine months ended March 31, 2004. Total revenues for the third quarter totaled $80.7 million, with software license revenues of $35.9 million and services revenues of $44.8 million. On a GAAP basis, the Company reported third quarter net income of $1.5 million, or $0.03 per diluted share, compared to a net loss of $2.0 million, or ($0.05) per diluted share, in the same period last year. On a pro forma (non-GAAP) basis, excluding the preferred stock dividend and discount accretion, the Company reported fiscal 2004 third quarter net income of $4.9 million, or $0.06 per diluted share. Total revenues for the nine months ended March 31, 2004 were $238.1 million, with software license revenues growing by approximately seven percent year-over-year to $108.7 million and services revenue totaling $129.4 million. On a GAAP basis, the Company reported net income of $6.4 million, or $0.13 per diluted share, as compared to a net loss of $151.8 million, or ($3.96) per diluted share, for the same period last year. On a pro forma (non-GAAP) basis, excluding the preferred stock dividend and discount accretion, the Company reported net income of $9.3 million, or $0.12 per diluted share, compared to a pro forma (non-GAAP) loss of $7.7 million, or ($0.20) per diluted share, in the prior year. Commenting on these results, defendant McQuillin stated:

> The strength of our business in the chemicals and oil & gas industries, combined with continued operational execution, enabled us to meet or exceed our quarterly targets for revenue and net income for the sixth consecutive quarter[.]...We continue to see modest improvements in the global economic environment and our customer base is actively looking to invest in IT solutions that support their corporate-wide initiatives to improve operational performance.
>
> During the past nine months, we have released nine new products, which we believe will fuel our future growth. Now, our challenge as a company is to focus on capturing the growth opportunities of these new products, as well as maximize the performance of our existing point solutions. As we build our sales pipeline for these products, we plan to reallocate organizational resources into sales and marketing activities that support our plans for profitable, sustainable growth in fiscal 2005 and beyond.

64.    On May 17, 2004, Aspen field its quarterly report with the SEC on Form 10-Q. The Company's Form 10-Q was signed by defendants McQuillin and Kane and reaffirmed the previously announced financial results. With respect to its financial results, the Company stated:

> In the opinion of management, the accompanying unaudited interim consolidated condensed financial statements have been prepared in conformity with accounting principles generally accepted in the United States of America for interim financial information and pursuant to the rules and regulations of the Securities and Exchange Commission (SEC) for reporting on Form 10-Q

65.    On August 4, 2004, Aspen reported financial results for its fiscal 2004 fourth quarter and fiscal year ended June 30, 2004. Total revenues for the fourth quarter totaled $87.6 million, with software license revenues growing by thirteen percent to $43.5 million and services revenues totaling $44.0 million. Management had previously estimated that total revenues for the fiscal fourth quarter would be in the range of $81 to $83 million and that software license revenues would be in the range of $37 to $39 million. On a GAAP basis, the Company reported

a fourth quarter net loss of $41.4 million, or $1.00 per diluted share, which included one-time charges of $42.8 million. On a pro forma (non-GAAP) basis, excluding these charges, amortization of intangibles, and the preferred stock dividend and discount accretion, the Company reported fiscal 2004 fourth quarter net income of $6.6 million, or $0.08 per diluted share. The Company initiated several actions in the fourth quarter that were expected to lower its quarterly expense run rate to approximately $69 million for the quarter ending September 30, 2004. These actions included the redeployment and reduction of personnel, scaling back investments in certain products, and eliminating certain lease obligations. Commenting on these results, defendant McQuillin stated:

> The fundamentals of our business continue to remain solid. We delivered our fifth straight quarter of software license growth and, for the first time since June 1998, generated pro forma (non-GAAP) operating margins for the quarter in the double-digits[.]...Our sales were balanced by both industry and product mix, as we experienced strength from each of the chemicals, petroleum, and oil & gas markets. Additionally, our manufacturing/supply chain product line had its strongest performance in the past two years.
>
> With the potential approval of the Federal Trade Commission (FTC) settlement, we would remove a major external issue that has distracted us from focusing on our business over the past two years. Our attention has now turned to building on our momentum and increasing our operating margins for fiscal 2005. We indicated at the beginning of this year that we would continue to focus our efforts on bringing all of our products together to provide an integrated solution for the Enterprise Operations Management market. The execution of this integration strategy has enabled us to streamline many of our internal processes to drive costs out of the business, as well as curtail our investment in certain products. These changes will enable us to increase our productivity and efficiency, while driving earnings growth in fiscal 2005.

66. On September 13, 2004, Aspen filed its annual report with the SEC on Form 10-K. The Company's Form 10-K was signed by defendants McQuillin, and Kane reaffirmed the previously announced financial results. Additionally, the Company's Form 10-K included the following clean audit opinion from the Company's accountants, Deloitte:

> In our opinion, such consolidated financial statements present fairly, in all material respects, the financial position of the Company as of June 30, 2003 and 2004, and the results of its operations and its cash flows for each of the three years in the period ended June 30, 2004, in conformity with accounting principles generally accepted in the United States of America. Also, in our opinion, such financial statement schedule, when considered in relation to the basic consolidated financial statements taken as a whole, presents fairly, in all material respects the information set forth therein.

67. The statements contained in ¶¶ 26-66 were materially false and misleading when made because defendants failed to disclose or indicate the following: (1) that the Company inappropriately recognized revenues from certain software licence and service agreements entered into with certain alliance partners and other customers during fiscal years 2000-2002; (2) that the Company's financial results were in violation of GAAP; (3) that the Company lacked adequate internal controls; and (4) that as a result of the above, the Company's financial results were materially inflated at all relevant times.

## The Truth Begins to Emerge

68. On October 27, 2004, Aspen announced that its Audit Committee has undertaken a detailed review of the accounting for certain software license and service agreement transactions entered into with certain alliance partners and other customers during fiscal years 2000-2002. More specifically, the Company stated:

The Committee is reassessing the time periods in which revenue was recognized for these transactions and whether any of these transactions have prior or current material financial statement impact. Revenue, earnings, assets or liabilities previously reported could increase, decrease or remain unchanged in those periods as a result of this reassessment. The Audit Committee has notified the Company's current auditor, Deloitte & Touche LLP, and has engaged its own financial and legal advisors to assist it with its investigation.

Based on its preliminary review to date, the Audit Committee believes that one software license transaction in fiscal third quarter 2000 and two transactions in fiscal second quarter 2001 were included in AspenTech's results for such periods without reflecting the impacts of associated arrangements between AspenTech and those customers, which may require revised accounting treatment.

The Committee has also identified a potential contingency associated with a fourth transaction recorded in the fourth fiscal quarter of 2001 which was not reflected in prior accounting, which may require revised accounting treatment.

Cautioning that its work is in its early stages, the Audit Committee presently expects that revised accounting for the foregoing transactions alone would not have a material impact on current revenues and earnings. However, the Audit Committee is vigorously reviewing these and other transactions, and there can be no assurance that its present expectation will not change. Other transactions are under continuing review which could significantly alter the scope of these preliminary views.

The Committee's preliminary assessment contains forward looking statements of presently expected accounting impacts which impacts will be subject to reassessment until completion of the Committee's review. Because the investigation is ongoing and because the scope of its work is evolving, the Committee may have further assessments of these and any other transactions it reviews, as well as of associated Company controls and practices. Consequently, actual results of the Committee's review may vary materially from this preliminary assessment.

The Audit Committee does not expect to provide further updates of its work until completion of its review. At this time, the Audit

> Committee is unable to provide an anticipated date for completion of its review.
>
> While the Company has previously announced its preliminary results for the recently completed quarter, in light of these developments, the Company is unable to release its financial results for the first quarter of fiscal year 2005 at this time.

69. This news shocked the market. Shares of Aspen fell $.20 per share, or 2.91 percent, on October 28, 2004, to close at $6.68 per share.

70. On October 29, 2004, Aspen said federal prosecutors had launched a probe into the software company's accounting practices from 2000 through 2002. Aspen said it received a subpoena from the U.S. Attorney's Office for the Southern District of New York requesting documents relating to transactions entered into by the company during those years, and other documents dating from January 1, 1999.

71. On this news, Aspen's shares tumbled a further $.67 per share, or 10.03 percent, on October 29, 2004, to close at $6.01 per share.

## ASPEN'S VIOLATION OF GAAP RULES

72. GAAP states that "revenue should not be recognized until it is realized or realizable and earned." FASB Concepts Statement No. 5, ¶83. The conditions for the recognition of revenue are met when "persuasive evidence of an arrangement exists, delivery has occurred or services have been rendered, the seller's price is fixed or determinable, collectibility of the sales price is reasonably assured and when the entity has substantially performed the obligations which entitle it to the benefits represented by the revenue." Here, Aspen improperly recognized revenue when revenue from such transactions was not realizable and earned, which is in violation of GAAP.

73. Given these accounting irregularities, the Company announced financial results that were in violation of GAAP, the Company's own announced revenue recognition policies, and the following principles:

(a) The principle that "interim financial reporting should be based upon the same accounting principles and practices used to prepare annual financial statements" was violated (APB No. 28, ¶10);

(b) The principle that "financial reporting should provide information that is useful to present to potential investors and creditors and other users in making rational investment, credit, and similar decisions" was violated (FASB Statement of Concepts No. 1, ¶34);

(c) The principle that "financial reporting should provide information about the economic resources of an enterprise, the claims to those resources, and effects of transactions, events, and circumstances that change resources and claims to those resources" was violated (FASB Statement of Concepts No. 1, ¶40);

(d) The principle that "financial reporting should provide information about an enterprise's financial performance during a period" was violated (FASB Statement of Concepts No. 1, ¶42);

(e) The principle that "completeness, meaning that nothing is left out of the information that may be necessary to insure that it validly represents underlying events and conditions" was violated (FASB Statement of Concepts No. 2, ¶79);