AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB -4 P 2:53

U.S. DISTRICT COURT
DISTRICT OF MASS

RICK STOCKMASTER, Individually and
on Behalf of All Others Similarly
Situated,                    Plaintiff
              V.

ASPEN TECHNOLOGY, INC., LAWRENCE
EVANS, DAVID MCQUILLIN, LISA W.
ZAPPALA AND CHARLES KANE,
                    Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

04 - 12387 RCL

TO: (Name and address of Defendant)

Person Designated to Accept Service
Aspen Technology, Inc.
Ten Canal Park
Cambridge, MA 02141

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Pastor
Gilman and Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE  11/10/2004